■ The People of the State of New York, Appellant, v Darryl Yank, Respondent. (Appeal No. 1.) [758 NYS2d 754] —Appeal from an order of Supreme Court, Onondaga County (Brunetti, J.), dated October 5, 1999, which granted defendant's motion to suppress evidence.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed.

Same memorandum as in *People v Yank* (305 AD2d 1001 [2003]). Present—Pigott, Jr., P.J., Green, Pine, Gorski and Hayes, JJ.